```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT BLUEFIELD
```

**LAVONNE JOY TEALL,**

    **Petitioner,**

v.                              **CIVIL ACTION NO. 1:05-00173**

**DEBORAH HICKEY, Warden,**
**FPC Alderson,**

    **Respondent.**

## JUDGMENT ORDER

For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby **DISMISSES** petitioner's Petition under 28 U.S.C. § 2241 and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a certified copy of this Judgment Order to petitioner, pro se, and to counsel of record.

It is **SO ORDERED** this 11th day of February, 2008.

                                        ENTER:

                                        */s/ David A. Faber*

                                        David A. Faber
                                        United States District Judge